UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
SAM STERN,

                                 Plaintiff,

              -against-

COUNTY OF NASSAU, KEVIN P. MCEVOY, JR., individually and in his official capacity, JOHN DOES #1-10 (representing as yet unknown and unidentified members of the Nassau County Police Department), individually and in their official capacities, and JOHN DOES #11-20 (representing as yet unknown and unidentified members of the Nassau County District Attorney's Office) individually and in their official capacities,

                                 Defendants.
---------------------------------------------------------------------X

22-CV-2427 (SIL)

**STIPULATION AND ORDER OF DISMISAL**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: December 2, 2024

**ATTORNEYS FOR PLAINTIFF:**

HORN WRIGHT, LLP

By: _____
    Pablo A. Fernandez, Esq.
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 355-9696

**ATTORNEYS FOR DEFENDANTS:**

THOMAS A. ADAMS
Nassau County Attorney

By: _____
    Ralph J. Reissman, Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3046

**SO ORDERED:**

/s/ Steven I. Locke
_____
**HON. STEVEN I. LOCKE**
United States Magistrate Judge

Dated: February 6, 2025
Central Islip, NY